JUNE D. COLEMAN, State Bar No. 191890
jcoleman@kmtg.com
CANDICE L. FIELDS, State Bar No. 172174
cfields@kmtg.com
KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
A Law Corporation
400 Capitol Mall, 27th Floor
Sacramento, California 95814
Telephone: (916) 321-4500
Facsimile: (916) 321-4555

Attorneys for Defendant NRA GROUP, LLC
NRA GROUP LLC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELENA NUNEZ, on behalf of herself and all others similarly situated,, <br><br> Plaintiff, <br><br> v. <br><br> NRA GROUP, LLC., a Pennsylvania corporation; and DOES 1 through 100, inclusive,, <br><br> Defendant. | CASE NO. –PENDING– <br><br> Los Angeles County Case No.: BC 465349 <br><br> CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF ASSIGNMENT TO MAGISTRATE |

I, Marilyn King, certify and declare as follows:

I am over the age of 18 years and not a party to this action. My business address is 400 Capitol Mall, 27th Floor, which is located in the city and county of Sacramento, California.

On August 30, 2011, I deposited into the U.S. mail a copy of the Notice to Adverse Party of Removal to Federal Court, a copy of which is attached to this Certificate, to Plaintiff HELENA NUNEZ, through her attorneys of record, CLIFFORD H. PEARSON and DANIEL L. WARSHAW, and RICHARD B. WENTZ and JEAN M. WENTZ.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: August 30, 2011

By _____
Marilyn King

979339.1 12390.005

- 1 -

CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT

KRONICK,
MOSKOVITZ,
TIEDEMANN &
GIRARD
ATTORNEYS AT LAW

## PROOF OF SERVICE

I, Debbie Kick, declare:

I am a citizen of the United States and employed in Sacramento County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 400 Capitol Mall, 27th Floor, Sacramento, California 95814. On August 30, 2011, I served a copy of the within document(s):

    CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Sacramento, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a _____ agent for delivery.

| | |
|---|---|
| CLIFFORD H. PEARSON<br>DANIEL L. WARSHAW<br>BOBBY POUYA<br>PEARSON, SIMON, WARSHAW & PENNY, LLP<br>15165 Ventura Boulevard, Ste. 400<br>Sherman Oaks, CA 91403 | Attorneys for Helena Nunez<br><br>E mail:<br>cpearson@pswplaw.com<br>dwarshaw@pswplaw.com<br>bpouya@pswplaw.com |
| RICHARD B. WENTZ<br>JEAN M. WENTZ<br>THE WENTZ LAW FIRM<br>2955 East Hillcrest Drive, Ste. 123<br>Thousand Oaks, CA 91362 | E mail:<br><br>rick.wetz@gmail.com<br>jean.wentz@gmail.com |

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on August 30, 2011, at Sacramento, California.

                                             *Marilyn King*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge George King and the assigned discovery Magistrate Judge is Fernando M. Olguin.

The case number on all documents filed with the Court should read as follows:

**CV11- 7045 GHK (FMOx)**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

---

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| [X] Western Division<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [ ] Southern Division<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] Eastern Division<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)    NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY